J S - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| EDUARDO SANTANA, | CASE NO. 5:23-CV-00187-JGB-KK |
|---|---|
| Plaintiff, | **ORDER OF** |
| v. | **DISMISSAL WITH PREJUDICE** |
| COLONIAL LIFE & ACCIDENT INSURANCE COMPANY; WESBANCO BANK, INC. d/b/a FIRSTNET; and DOES 1-10, | |
| Defendants. | The Honorable Jesus G. Bernal<br>Action filed: February 3, 2023 |

Upon consideration of the Parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation"), and good cause having been shown, IT IS HEREBY ORDERED that the Stipulation is **GRANTED**.

IT IS HEREBY FURTHER ORDERED that:

1. All of Plaintiff's claims in this action are **DISMISSED WITH PREJUDICE**.
2. The claims of the members of the putative and uncertified class Plaintiff sought to represent are **DISMISSED WITHOUT PREJUDICE**.
3. The Parties shall pay their own attorneys' fees and costs in connection with this action.

**IT IS SO ORDERED.**

DATED: May 17, 2023

_____

The Honorable Jesus G. Bernal
United States District Court Judge